UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**Bonnie Mink**

    **v.**                        Case No. 05-cv-408-PB

**East Coast Lumber**


**O R D E R**

Re:  Document No. 10, Motion to Remand to State Court

    Ruling:  The defendant, as the removing party, bears the burden of demonstrating that the amount in controversy requirement has been satisfied. Kivikovski v. Smart Professional Photocopying Corporation, 2001DNH043. Defendant's references to a disputed telephone conversation concerning settlement and a nonspecific statement that an award of attorney's fees will satisfy the jurisdictional amount are not sufficient to meet this burden. Motion granted.

                                       /s/ Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge


Date:  December 26, 2005

cc:    Brian Stern, Esq.
       Edwinna Vanderzanden, Esq.